PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900
Brendon.Hansen@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. GONCALVES,<br><br>                    Plaintiff,<br><br>         v.<br><br>SECRETARY OF DEFENSE LLOYD J. AUSTIN, et al.,<br><br>                    Defendant. | CASE NO. 2:24-CV-01985 DJC AC (PS)<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS<br><br>Magistrate Judge: Allison Claire |

      Defendant Lloyd J. Austin, in his official capacity as Secretary of Department of Defense, filed a Notice of Request to Seal Documents. ECF No. 3. Defendant Austin submitted to chambers the Request to Seal Documents, a proposed order, and Plaintiff's Complaint contained within ECF No. 1 that is paginated consecutively under Local Rule 141(b).

      The Notice of Request to Seal documents states that counsel served Plaintiff by overnight mail with a copy of the Notice of Request to Redact Documents, Request to Redact Documents, the proposed order, and Plaintiff's Complaint individually paginated in ECF No. 1. Also contained with the Notice of Request to Seal Documents is a Certificate of Service indicating overnight mail service on Plaintiff.

      Under Federal Rule of Civil Procedure 5.2 and Local Rule 140, only the last four digits of a social-security number may be visible in filings. Fed. R. Civ. P. 5.2(a) ("Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number . . . the filing may include only: (1) the last four digits of the social security number . . . .");

Local Rule 140(a) ("[W]hen filing documents, counsel . . . shall omit or, where reference is necessary, partially redact . . . (iii) Social Security numbers: Use only the last four numbers . . . .").

  Plaintiff filed his Complaint containing the complete, unredacted social security numbers of various individuals on approximately 18 occasions. The inclusion of this sensitive information violates Federal Rule of Civil Procedure 5.2 and Local Rule 140. As such, the Court will seal Plaintiff's Complaint, ECF No. 1, and Plaintiff shall re-file such sealed document in compliance with Federal Rule of Civil Procedure 5.2 and Local Rule 140(a) with all social security numbers completely redacted. No good cause exists to file any part of the social security numbers because reference to social security numbers is not required. Local Rule 140(a).

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Clerk of Court is directed to seal ECF No. 1; and

  2. Within seven days of the date of this Order, Plaintiff shall re-file such sealed documents, and such filings shall comply with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a) with all social security numbers completely redacted.

  IT IS SO ORDERED.

DATED: August 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE