UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. GONCALVES CPT(P) SC, USAR ARMY FOIA REQUESTOR,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF DEFENSE HON LLOYD J. AUSTIN III, et al.,<br><br>Defendants. | No.  2:24-cv-01985 DJC AC PS<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 29, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice to that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 6.  Plaintiff has filed objections to the findings and recommendations. ECF No. 8.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2024, are adopted in

full; and

    2. All claims against all defendants are DISMISSED with prejudice; and

    3. The Clerk of the Court is directed to close this case.

Dated: November 1, 2024

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE